IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KARL CALEB BRYANT § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 1:22-CV-00460 |
| MEHMET TORBALI, HAKAY § | JUDGE MICHAEL J. TRUNCALE |
| TRANSPORT, LLC, C&C CAR-GO § | |
| PLUS, INC., AND AAA CAR GO § | |
| PLUS, INC. § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt. 42]. The Parties state that Plaintiff no longer wishes to pursue this action against Defendants and seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 4th day of December, 2023.

Michael J. Truncale
United States District Judge